No. 79. PEABODY COAL CO. v. COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Albert L. Hopkins* and *Jay C. Halls* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, John H. McEvers,* and *W. Marvin Smith* for respondent.

No. 83. CLAWANS v. WHITEFORD ET AL. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Benjamin M. Weinberg* for petitioner. No appearance for respondents.

No. 84. CLAWANS v. CARRICK ET AL. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Benjamin M. Weinberg* for petitioner. No appearance for respondents.

No. 85. HERTZMARK v. LYNCH, TRUSTEE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Benjamin F. Evarts* for petitioner. No appearance for respondent.

No. 86. KRAMER v. GENERAL PAINT CORP. ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. A. J. Biddison* and *Harry Campbell* for petitioner.

606

*Messrs. Preston C. West* and *A. A. Davidson* for respondents.

No. 87. GRAND TRUNK WESTERN RY. Co. *v.* CARPENTER, ADMINISTRATRIX. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. Charles Y. Freeman* and *J. F. Dammann* for petitioner. *Mr. Joseph D. Ryan* for respondent.

No. 88. DICKEY ET AL., EXECUTORS, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Maurice H. Winger* and *Alton Gumbiner* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John G. Remey* for respondent.

No. 134. PARKER, EXECUTRIX, *v.* ROUTZAHN, COLLECTOR OF INTERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Carmi A. Thompson* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John MacC. Hudson* for respondent.

No. 91. TEXAS & PACIFIC RY. Co. *v.* BALDWIN. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Texas denied. *Mr. T. D. Gresham* for petitioner. *Mr. Theodore Mack* for respondent.